# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY GAUZZA, MELISSA MCCLOSKEY,**<br>    **Plaintiff,**<br><br>    v.<br><br>**PROSPECT MEDICAL HOLDINGS, INC., DELAWARE COUNTY MEMORIAL HOSPITAL**<br>    **Defendants.** | CIVIL ACTION<br><br><br>NO. 17-3599 |

## O R D E R

**AND NOW**, this 4th day of October, 2018, upon consideration Plaintiffs' Motion for Sanctions (ECF Nos. 41, 43 and 49), and Defendants' Opposition thereto (ECF Nos. 42 and 51), **IT IS ORDERED** that Plaintiffs' Motion is **DENIED**.

                  BY THE COURT:

                  /s/Wendy Beetlestone, J.

                  _____
                  **WENDY BEETLESTONE, J.**