# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY GAUZZA, MELISSA MCCLOSKEY,<br>           Plaintiff,<br><br>v.<br><br>PROSPECT MEDICAL HOLDINGS, INC., DELAWARE COUNTY MEMORIAL HOSPITAL<br>           Defendants. | CIVIL ACTION<br><br><br><br>NO. 17-3599 |

## O R D E R

**AND NOW**, this 26th day of October, 2018, upon consideration of Plaintiffs' Motion for Order Authorizing Notice to Similarly-Situated Employees (ECF Nos. 39 & 56) and Defendants' response thereto (ECF No. 50), it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Plaintiffs' proposed form of FLSA Class Notice is approved with the following amendment: Following the line on the second page that reads "However, if this lawsuit recovers money for the Class, you will not receive a payment[,]" Plaintiffs will add an additional sentence that states: "Regardless of the outcome of this lawsuit, if you do not join, you are free to seek an attorney to represent you on any claims that may or may not be related to those resolved in this lawsuit."

2. Within 30 days of entry of this Order, Defendants shall serve on Plaintiffs' counsel a computer-readable Excel file containing the full name, last-known mailing address and last known e-mail address of all persons who worked as a full-time hourly employee with hands-on patient care responsibilities at a Prospect hospital in Connecticut, New Jersey, Pennsylvania, or Texas in any workweek during the past three years.

3. Within 40 days of entry of this Order, Class Counsel shall retain a notice administrator and cause it to disseminate the Court-approved notice to all collective members by First-Class U.S. Mail and/or e-mail and engage in any further activities permitted by the Court.

4. Defendant shall post the Court-approved notice at each Prospect hospital in Connecticut, New Jersey, Pennsylvania and Texas at a location where putative class members are likely to view it.

5. The Administrator may mail one reminder postcard and send up to two reminder e-mails to each Class member during the opt-in period.

6. The Class members shall have 45 days from the notice mailing date to opt-in to this litigation.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**