IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY GAUZZA, MELISSA MCCLOSKEY,<br>        Plaintiff,<br><br>v.<br><br>PROSPECT MEDICAL HOLDINGS, INC., DELAWARE COUNTY MEMORIAL HOSPITAL<br>        Defendants. | CIVIL ACTION<br><br><br><br>NO.  17-3599 |

**O R D E R**

**AND NOW**, this 11th day of September, 2020, upon consideration of the Joint Motion for Approval of the Parties' FLSA Settlement, Attorneys' Fees, Costs and Service Awards (ECF No. 154), and the amended Settlement Agreement (ECF No. 156-1), **IT IS ORDERED** that:

1. The Parties' Joint Motion is **GRANTED**.  The Parties' settlement is approved, and the terms of their amended Settlement Agreement are incorporated herein.

2. The Parties' settlement in this action is a fair, reasonable, and just resolution of a bona fide dispute involving claims under the Fair Labor Standards Act ("FLSA") and is in the best interest of the Class Members, as defined in the amended Settlement Agreement.

3. CPT Group Inc. is hereby approved and appointed to serve as the Settlement Administrator for this action.

4. Plaintiffs' request for $30,000.00 in service awards for Named Plaintiffs Nancy Gauzza and Melissa McCloskey ($15,000.00 each) is approved to be paid pursuant to the amended Settlement Agreement.

5. Class Counsel's requests for $665,000.00 in attorneys' fees and $30,723.36 in cost reimbursements (including approximately $8,000.00 in settlement administration costs) are approved and will be paid from the Gross Settlement Amount in full compromise and satisfaction of all attorneys' fees, costs, and expenses by Class Counsel as specified in the amended Settlement Agreement.

6. The Court approves the terms of the Release defined in § 4.1 of the amended Settlement Agreement and, based on the Parties' issuance of settlement checks, Named Plaintiffs and the Class Members will be deemed to accept the Release in the Settlement Agreement against all Releasees as defined in the amended Settlement Agreement.

7. The Court approves the language of the Parties' proposed Settlement Notice to accompany the Class Members' settlement payments.

8. The Court **DISMISSES** this action with prejudice, and the Clerk of Court shall **mark this case as closed**.

                                        **BY THE COURT:**

                                        /s/Wendy Beetlestone, J.

                                        _____

                                        **WENDY BEETLESTONE, J.**